| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF VIRGINIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
**Cuppett Peforming Art Center, Inc.**

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
**54-1218963**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **135 Park Street, SE**<br>**Vienna, VA 22180**<br>Number, Street, City, State & ZIP Code | **Amy Cuppett Stiverson**<br>**6218 Hidden Canyon Rd**<br>**Centreville, VA 20120**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Fairfax**<br>County | Location of principal assets, if different from principal place of business<br>**135 Park Street SE Vienna, VA 22180**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  **https://cuppettpac.com/**

**6. Type of debtor**  
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Cuppett Peforming Art Center, Inc.**_____    Case number (*if known*)_____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7111__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor **Cuppett Peforming Art Center, Inc.**_____   Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
     Contact name _____
     Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Cuppett Peforming Art Center, Inc.** _____ Case number (*if known*) _____
Name

|  | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Cuppett Peforming Art Center, Inc.**    Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 25, 2023**
             MM / DD / YYYY

X **/s/ Amy Cuppett Stiverson**                    **Amy Cuppett Stiverson**
Signature of authorized representative of debtor    Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Robert S. Brandt VA**                    Date **September 25, 2023**
Signature of attorney for debtor                              MM / DD / YYYY

**Robert S. Brandt VA 46196 Counsel for debtor**
Printed name

**The Law Office of Robert S. Brandt**
Firm name

**600 Cameron Street**
**Alexandria, VA 22314**
Number, Street, City, State & ZIP Code

Contact phone **703-342-7330**    Email address **brandt@brandtlawfirm.com**

**VA 46196 VA**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Cuppett Peforming Art Center, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Bank of America** POB 15796 Wilmington, DE 19886 | | credit card | | | | $30,000.00 |
| **Carly Johnson** 8603 Terrace View court Manassas, VA 20110 | | payroll | | | | $1,283.00 |
| **Christine Musig** 1920 foxhall Road Mc Lean, VA 22101 | | payroll | | | | $2,415.00 |
| **Credibly Retail Capital** 25200 Telegraph Rd, Suite 350 Southfield, MI 48033 | | loan | | | | $140,000.00 |
| **IRS** POB 7346 Philadelphia, PA 19101-7346 | | payroll taxes | | | | $50,000.00 |
| **Jeff Lybrand** 4211 Trumbo Court Fairfax, VA 22033 | | 4 separate promissory notes during 2017 | | | | $125,000.00 |
| **Jennifer Meyer** 13615 Spriggs Road Manassas, VA 20112 | | payroll | | | | $611.00 |
| **Joyce Miller** 1976 Scot's Crosing Way 102 Annapolis, MD 21401 | | payroll | | | | $911.00 |
| **Kelsey Gaydos** 2704 Snowberry Court Vienna, VA 22181 | | payroll | | | | $1,402.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Cuppett Peforming Art Center, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Lisa Grau** 13805 Valley country Drive Chantilly, VA 20151 | | parol | | | | $750.00 |
| **Natalie Provost** 205 Moore Avenue SE Vienna, VA 22180 | | payroll | | | | $747.00 |
| **Nicole Dubar** POB 195 Vienna, VA 22183 | | payroll | | | | $4,567.00 |
| **Nicole Gambhir** 5658 Oak Tanager Court Burke, VA 22015 | | payroll | | | | $530.00 |
| **Northwest FCU** POB 4200 Woburn, MA 01888 | | credit card | | | | $20,000.00 |
| **OnDeck Capital, Inc.** 901 N Stuart Street suite 700 Arlington, VA 22203 | | loans that resulted in judgment on 11/9/2020 | | | | $236,572.00 |
| **Shannon Jamison** 1114 Lakewood Drive SW Vienna, VA 22180 | | payroll | | | | $995.00 |
| **Susan Burnell** 1000 Pruitt court Vienna, VA 22180 | | payroll | | | | $1,051.00 |
| **Toy Falcone** 13030 Hunterbrook Drive Woodbridge, VA 22192 | | payroll | | | | $896.00 |
| **US Small buss Administration** P.O. Box 3918 Portland, OR 97218 | | EIDL loan | | | | $480,000.00 |
| **Victoria Puff** 9402 Starlit Ponds Drive Fairfax, VA 22032 | | payroll | | | | $1,197.00 |

Amy Cuppett
6218 Hidden Canyon Road
Centreville, VA 20120


Ava Ann Vrooman
10219 Dundalk Street
Fairfax, VA 22032


Bank of America
POB 15796
Wilmington, DE 19886


Bank of America
POB 660441
Dallas, TX 75266


Carly Johnson
8603 Terrace View court
Manassas, VA 20110


Catherine Bobalek
1405 DeSale Street SW
Vienna, VA 22180


Christie Lehnigk
10629 Marbury Road
Oakton, VA 22124


Christine Musig
1920 foxhall Road
Mc Lean, VA 22101


Credibly Retail Capital
25200 Telegraph Rd, Suite 350
Southfield, MI 48033


Fairfax County Dept of Revenue
12000 Government Central Pkwy
S 223
Fairfax, VA 22035


IRS
POB 7346
Philadelphia, PA 19101-7346

Isabella Hindley
1631 Lozano Drive
Vienna, VA 22182

Jeff Lybrand
4211 Trumbo Court
Fairfax, VA 22033

Jennifer Meyer
13615 Spriggs Road
Manassas, VA 20112

Jessica Stibick
754 Gleneagles Drive
Fort Washington, MD 20744

Joan F Curtis Trustee
POB 10539
Silver Spring, MD 20914

Joan F Curtis Trustee
POB 35
Woodstock, MD 21163

Joyce Miller
1976 Scot's Crosing Way 102
Annapolis, MD 21401

Kelsey Gaydos
2704 Snowberry Court
Vienna, VA 22181

Linda Criscitello
1738 Creek Crossing Road
Vienna, VA 22182

Lisa Grau
13805 Valley country Drive
Chantilly, VA 20151

Lori Williams
12126 Eddyspark Drive
Herndon, VA 20170

```
Michelle Michaels
5931 Innisvale Drive
Fairfax Station, VA 22039


Molly Buchalter
9653 Linderbrook Street
Fairfax, VA 22031


Mozelle Stanton
21843 Baldwin Square #300
Sterling, VA 20164


Natalie Provost
205 Moore Avenue SE
Vienna, VA 22180


Nicole Dubar
POB 195
Vienna, VA 22183


Nicole Gambhir
5658 Oak Tanager Court
Burke, VA 22015


Northwest FCU
POB 4200
Woburn, MA 01888


Northwest FCU
POB 1229
Herndon, VA 20172


On Deck Capital
101 W Colfax Ave
Denver, CO 80202


OnDeck Capital, Inc.
901 N Stuart Street
suite 700
Arlington, VA 22203


Retail Capital LLC DBA Credibl
JOSHUA CREEM, RA
SUITE 350, 25200 TELEGRAPH RD
Southfield, MI 48033
```

```
Shannon Jamison
1114 Lakewood Drive SW
Vienna, VA 22180


Susan Burnell
1000 Pruitt court
Vienna, VA 22180


Toy Falcone
13030 Hunterbrook Drive
Woodbridge, VA 22192


U.S. Small Business Administra
409 3rd St., SW
Washington, DC 20024


US Small buss Administration
P.O. Box 3918
Portland, OR 97218


US Treasury Dept
P.O. Box 979101
Saint Louis, MO 63197


VA dept of taxation
POB 2156
Richmond, VA 23218


Victoria Puff
9402 Starlit Ponds Drive
Fairfax, VA 22032


Vincent Aubrey, Esq
Suite 1925
1170 Peachtree Street, NE
Atlanta, GA 30309
```

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Cuppett Peforming Art Center, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Cuppett Peforming Art Center, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 25, 2023**  
Date

**/s/ Robert S. Brandt VA**  
**Robert S. Brandt VA 46196 Counsel for debtor**  
Signature of Attorney or Litigant  
Counsel for  **Cuppett Peforming Art Center, Inc.**  
**The Law Office of Robert S. Brandt**  
**600 Cameron Street**  
**Alexandria, VA 22314**  
**703-342-7330 Fax:703-229-4132**  
**brandt@brandtlawfirm.com**