# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

**Cuppett Performing Arts Center, Inc.**     Case no. 23-11535-BFK

**Debtor**                                    Chapter 11

## MOTION TO EXTEND DEADLINE FOR FILING SCHEDULES

COMES NOW the debtor, by counsel, and represents to the Court the following:

1. Debtor filed a petition for an order for relief under chapter 11 of the Bankruptcy Code and a chapter 11 order for relief was granted.

2. The debtor requires additional time in which to prepare the missing schedules and forms.

WHEREFORE, the debtor prays for an order further extending the deadline for the filing of the missing schedules, forms, and statements.

/s/Robert S. Brandt,
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria, VA 22314
(703) 342-7330
brandt@brandtlawfirm.com
Counsel for debtor

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2023 the foregoing motion to extend time to file schedules was served by ECF on all interested parties.

/s/Robert S. Brandt